1
2
3
4
5
6
7
8                  UNITED STATES DISTRICT COURT
9              FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11    FERNAN MONTANO,                          No.  2:22-cv-1753 TLN DB PS
12                  Plaintiff,
13          v.                                 FINDINGS AND RECOMMENDATIONS
14    SMALL BUSINESS ADMINISTRATION,
15                  Defendant.
16

17          Plaintiff Fernan Montano is proceeding in this action pro se.  This matter was referred to

18    the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).  By order

19    signed April 11, 2023, plaintiff's complaint was dismissed and plaintiff was granted leave to file

20    an amended complaint that cured the defects noted in that order.  (ECF No. 4.)  Plaintiff was

21    granted twenty-eight days from the date of service of the order to file an amended complaint and

22    was specifically cautioned that the failure to respond to the court's order in a timely manner

23    would result in a recommendation that this action be dismissed.  The twenty-eight-day period has

24    long since expired, and plaintiff has not responded to the court's order in any manner.

25          Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without

26    prejudice.  See Local Rule 110; FED. R. CIV. P. 41(b).

27          These findings and recommendations will be submitted to the United States District Judge

28    assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

after being served with these findings and recommendations, plaintiff may file written objections with the court.  A document containing objections should be titled "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  See Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated:  October 23, 2023

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.pro se\montano1753.fta.f&rs

2