1
2
3
4
5
6
7

UNITED STATES DISTRICT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| FERNAN MONTANO, | No. 2:22-cv-1753-TLN-DB |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| SMALL BUSINESS ADMINISTRATION, | |
| Defendant. | |

Plaintiff is proceeding in this action pro se. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On October 24, 2023, the magistrate judge filed findings and recommendations herein which were served on Plaintiff, and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days after service of the findings and recommendations. The time for filling objections has expired, and Plaintiff did not file objections to the findings and recommendations.

The Court reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

////

////

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed October 24, 2023 (ECF No. 5) are ADOPTED IN FULL;
2. This action is DISMISSED without prejudice; and
3. The Clerk of Court is directed to close this case.

Date: January 5, 2024

_____
Troy L. Nunley
United States District Judge

2